## COULTER v. THE COUNTY OF MAHASKA.

1. **Taxes:** WRONGFUL SALE. Under section 785 of the Revision of 1860, a county is not liable to the purchaser at a tax sale of lands sold by mistake or wrongfully, after chapter 173 of the Laws of 1862 took effect, for the penalty of thirty per cent and interest thereon at ten per cent.

*Appeal from Mahaska District Court.*

MONDAY, OCTOBER 10.

IN October, 1863, the county, by mistake or wrongfully, sold a tract of land at tax sale to the plaintiff. He brings this action under section 785 of the Revision, to recover the amount thus paid, with *thirty per cent penalty*, and also ten per cent interest on the whole amount.

The only question raised by the record is, whether the county, under the section above cited, is required to pay the thirty per cent penalty, and ten per cent interest on the amount of such penalty.

The District Court decided in favor of the plaintiff, and the defendant appeals.

*Seevers & Williams* for the appellant.

*Coulter* and *Seevers* for the appellee.

DILLON J. — The land was sold to the plaintiff after the act of 1862 (Laws 1862, ch. 173, page 223), went into effect. Section 13 of this act provides with great precision as to the terms upon which the owner, or other persons thereto entitled, may redeem from the sale for taxes. Persons thus redeeming must pay, first, the *amount* for which the land was sold; second, thirty *per centum* of such amount immediately added as a *penalty;* third, ten per cent *interest* per annum, on the whole amount thus made from the day of sale, &c.

1. TAXES: wrongful sale.

By section 785 of the Revision, it is provided, that "where, by the mistake or wrongful act of the treasurer, land has been sold on which no taxes are due, or were erroneously assessed, the county is to hold the purchaser harmless, by paying him the amount of the *principal, interest* and costs to which he would have been entitled, had the land been rightfully sold."

There was a penalty provided by section 779, of the Revision, though not called a penalty, the same as by section 13, of the act of 1862, which repeals it. The "principal" referred to in section 785; is "the amount for which the land was sold;" and the "interest" named in said section is ten per cent per annum, on the principal sum, as above defined. The county is not liable for the thirty per cent *penalty*, and of course not liable for interest on the amount of such penalty.

Reversed.